**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christian Delgado,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Fast Wireless LLC, et al.,<br><br>　　　　Defendants. | No. CV-24-00203-PHX-JAT<br><br>**ORDER** |

Pending before the Court is Plaintiff Christian Delgado's Motion for Default Judgment against Defendants Fast Wireless LLC, Jorge Rosello, and Jane Doe Rosello. (Doc. 21).

## I.　BACKGROUND

On February 1, 2024, Plaintiff filed an amended complaint against Defendants for alleged violations of the Fair Labor Standards Act and the Arizona Minimum Wage Act. (Doc. 6). Plaintiff specifically alleges that Defendants failed to pay overtime and minimum wages. Defendants failed to file an answer or response. Upon Plaintiff's application, the Clerk of the Court entered default against Defendants Fast Wireless LLC, Jorge Rosello, and Unknown (Jane Doe) Rosello on March 21, 2024. (Doc. 20). On April 12, 2024, Plaintiff filed the pending Motion for Default Judgment. (Doc. 21).

## II.　DISCUSSION

Typically, in deciding whether to grant a motion for default judgment, the Court would consider the factors laid out in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir.

1986). However, Plaintiff named Jorge Blakeley and Jane Doe Blakeley in its Amended Complaint, (Doc. 6), and does not seek default against Jorge or Jane Doe Blakeley. The Court cannot determine that there is no just reason for delay for entering judgement under Federal Rule of Civil Procedure 54(b). Accordingly, Plaintiff's Motion is denied without prejudice.

The Court has other concerns with this case. First, even if there was not the Rule 54(b) issue with Jorge and Jane Doe Blakeley, the Court notes that there is no proof of service in the record for either. *See* Fed. R. Civ. P. 4. Plaintiff must explain to the Court why Defendants Jorge and Jane Doe Blakeley were not served. Additionally, in another case involving a "Jane Doe" defendant, this Court stated that it "does not believe a judgment can be collected against a fictitious party."[1] *Peralta v. Custom Image Pros LLC et al.*, No. CV-23-00358-PHX-JAT, 2023 WL 8455120, at *5 n.3 (D. Ariz. 2023).

### III. CONCLUSION

**IT IS ORDERED** that Plaintiff's Motion for Default Judgment, (Doc. 21), is **DENIED** without prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] "The Court has entered default judgment against 'Jane Doe Simpson' at Plaintiff's request. The Court does not believe a judgment can be collected against a fictitious party, and this Order does not alter that reality. However, the Court will not spend any more time or effort on this default judgment to educate counsel on how to proceed procedurally. Plaintiff's counsel has already been instructed how to correctly proceed in these circumstances. *See Aguirre v. Custom Image Pros LLC*, CV-419-PHX-ROS, Doc 13 (D. Ariz. Oct. 13, 2023) (explaining to Plaintiff's counsel how to seek default against Jane Doe Simpson specifically). Thus, if Plaintiff's counsel is satisfied with what appears to the Court to be an uncollectible judgment, the Court will not preclude the same." *Peralta v. Custom Image Pros LLC et al.*, No. CV-23-00358-PHX-JAT, 2023 WL 8455120, at *5 n.3 (D. Ariz. 2023).

**IT IS FURTHER ORDERED** that Plaintiff must show cause why Jorge and Jane Doe Blakeley should not be dismissed for failure to serve within the time limits of Federal Rule of Civil Procedure 4(m). Plaintiff will have fourteen (14) days from the date of this Order to show cause.

Dated this 18th day of September, 2024.

James A. Teilborg
Senior United States District Judge